1058

[No. 9978-7-I. Division One. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
D. ACHARTZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03393-6, James A. Noe, J., entered Feb-
ruary 2, 1981. *Affirmed* by unpublished opinion per Ander-
sen, C.J., concurred in by Swanson and Williams, JJ.

[No. 5475-2-II. Division Two. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
WORDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. C-2302, Herbert E. Wieland, J., entered April
3, 1981. *Affirmed* by unpublished opinion per Petrich, J.,
concurred in by Reed, C.J., and Worswick, J.

[No. 5212-1-II. Division Two. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LENARD
D. WHISLER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR-608, John H. Kirkwood, J.,
entered November 14, 1980. *Affirmed* by unpublished opin-
ion per Petrich, J., concurred in by Reed, C.J., and Petrie,
J.

[No. 5383-7-II. Division Two. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
JOSEPH McMULLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 79-1-00047-1, Frank E. Baker, J., entered
January 16, 1981. *Affirmed* by unpublished opinion per
Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.